# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 29 MAL 2020

                Respondent         :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

           v.                        :

                                    :

ANGEL BONILLA,                      :

                                    :

                Petitioner           :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 8th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.